

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00231-CR

Patrick Thomas **CHILDERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A17313
Honorable Sid Harle, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 5, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

---

[1] The Honorable N. Keith Williams presided over the hearing on appellant's first amended motion to suppress and signed the order denying the motion. The Honorable Sid Harle presided over the sentencing hearing and signed the judgment of conviction.